JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerry Jackson et al., | Case No. CV 19-05132-AB (MRWx) |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| Lani Kalima Enterprise, Inc., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

**IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 1, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE